## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Dale E. Spiess, | } |
| | } |
| Plaintiff | } |
| | }  CASE NO.   06-2175-KHV |
| v. | } |
| | } |
| Keith Meyers and Carol Foreman | } |
| | } |
| Defendants | } |

## ORDER

The Court, upon notice, finds that the Plaintiff has settled any and all claims and causes of actions with Defendants and have stipulated that this matter may be dismissed with prejudice (Doc. #47).

Upon good cause shown, this matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 10th day of October, 2007.

s/ Kathryn H. Vratil
Honorable Kathryn H. Vratil
District Court Judge
